IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **AQUANDA BROOKS,** | |
| Plaintiff, | |
| v. | No. 22-cv-06558 |
| **LSC COMMUNICATIONS,** | Honorable Martha M. Pacold |
| Defendant. | |

**STIPULATION TO DISMISS**

NOW COMES the Plaintiff, AQUANDA BROOKS, by her attorneys, Philip S. Holloway and Justin G. Randolph of Randolph & Holloway LLC, and the Defendant, LSC Communications, LLC, by its attorney, Elizabeth N. Hall of Vedder Price P.C., and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendant agree as follows:

1. Rule 41 of the Federal Rules of Civil Procedure authorizes the voluntary dismissal of a case when the parties file a signed stipulation of dismissal. Fed. R. Civ. P. 41(a)(1)(A)(ii). A voluntary dismissal may be with prejudice when the parties agree to such a dismissal. Fed. R. Civ. P. 41(a)(1)(B).

2. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

3. Each party shall bear their own attorney's fees, costs, and expenses.

Respectfully Submitted,

For the Plaintiff,

AQUANDA BROOKS

*By: s/Philip S. Holloway*
Philip Stephens Holloway
Randolph & Holloway, LLC
53 W. Jackson Blvd., Suite 1234
Chicago, IL 60604
(312) 663-1560
Email: philipholloway@aim.com

For the Defendant,

LSC COMMUNICATIONS

*By: s/Elizabeth N. Hall*
Elizabeth N. Hall,
VedderPrice P.C.
222 N. LaSalle Street, Suite 2400
Chicago, Illinois 60601
T 1-312-609-7795
ehall@vedderprice.com